**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

### CLERK'S MINUTES

| | |
|---|---|
| CASE NO.: 1:24mj082 | DATE: December 16, 2024 |
| UNITED STATES OF AMERICA | TIMES: 2:02 - 2:15 |
| V. | |
| Natravian Landry | |

**Honorable:** Brian K. Epps, United States Magistrate Judge  **Courtroom Deputy:** Courtnay J. Capps

**Court Reporter:** FTR  **Interpreter:**

**Probation Officer:** Justin Brownlee  **Security:** CSO Ingram; USMS Partlow

**Attorney for Government:** Henry Syms

**Attorney for Defendant(s):** David Stewart

**PROCEEDINGS:    INITIAL APPEARANCE/COMPLAINT**

- [x] All parties present and ready to proceed
- [x] Court finds defendant competent to proceed
- [x] Defendant advised of rights
- [x] Defendant advised of charges/allegations in Affidavit
- [x] Defendant advised of right to preliminary hearing
- [ ] Defendant waives preliminary hearing
- [x] Preliminary Hearing scheduled for: date and time to be determined.
- [x] Government moves for detention
- [ ] Detention Hearing waived
- [x] Detention hearing scheduled for: 12/18/24 time to be determined
- [ ] Detention Hearing held

Witness for the Govt:                                               ☐ Witness sworn

Witness for the Deft:                                                ☐ Witness sworn

- [x] Defendant Detained Pending Detention Hearing
- [ ] Defendant Detained
- [x] Defendant remanded to custody of US Marshal
- [ ] Defendant granted bond:

Notes: