# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 1:24mj82 | **DATE:** December 18, 2024 |
| UNITED STATES OF AMERICA | **TIMES:** 1:59 - 2:59 |
| V. | |
| Natravian Landry | |

**Honorable:** Brian K. Epps, United States Magistrate Judge  
**Courtroom Deputy:** Courtnay Capps  
**Court Reporter:** FTR  
**Interpreter:**  
**Probation Officer:** Justin Brownlee  
**Security:** USMS Brant CSO Douglas  

**Attorney for Government:** Henry Syms  
**Attorney for Defendant(s):** David Stewart  

**PROCEEDINGS:** DETENTION HEARING

☑ All parties present and ready to proceed

**Witness for the Govt:** ☐ Witness sworn  
**Witness for the Govt:** ☐ Witness sworn  
**Witness for the Govt:** ☐ Witness sworn  
**Witness for the Deft:** ☐ Witness sworn  
**Witness for the Deft:** ☐ Witness sworn  

☑ Defendant Detained Pending further proceedings in this Court  
☑ Defendant remanded to custody of USMS  
☐ Defendant granted bond:

Notes:  
The Court will enter an order.